UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Nicole Bass;
Randy Savage;
Bernard Hopkins;
Jonathan Lee Riches,
Plaintiffs

v.

The World Wrestling Federation
Entertainment Inc,
Defendants

99-cv-5688 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 08 2009 ★
BROOKLYN OFFICE

Motion For Judge Recusal under 28 USC 455 (A),(B),(C)
Motion To Intervene As Plaintiffs under Rule 24(A)2, 24(B)

Comes Now, Nicole Bass, Randy Savage, Bernard Hopkins and Jonathan Lee Riches, with newly discovered evidence moves to Intervene in this case under rule 24(A)2-as a unconditional matter of Right. Zuber v. Allen. We have newly financial statements to present to have the Judge Recused in this case under 28 USC 455 (A), as the Judge failed to recuse himself for having financial dealings with the World Wrestling Federation along with attending their wrestling matches and purchasing WWF sportswear, this conflict of Interest caused the Judge to be bias in not receiving a fair hearing. We Intervene under rule 24(B) - permissive Intervention to present documents, exhibits, photographs and to support Nicole Bass. Riches & Hopkins were also sexually harassed by the WWF and have medical records to prove this. Our intervention brings questions of laws and facts that are common in this Action, we can be reached or contacted at the below addresses. Movants seek a impartial Judge and rehearings in this case.

Bernard Hopkins 5-27-09
Nicole Bass 5-27-09

Bernard Hopkins
Nicole Bass
430 Blossom Ln.
Frederick, md 21701
202-456-1414

respectfully,
6-3-2009
6-3-2009

Jonathan Lee Riches
Randy Savage
Federal medical center
P.O. Box 14500
lexington, KY 40512
859-255-6812



United States District Court
Eastern District of New York
Clerk of court
225 Cadman Plaza East
Brooklyn, New York 11201